The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CALVIN HARRIS,

                     Plaintiff,

vs.

PIERCE COUNTY, SETH HUBER, and
CHRIS OLSEN,

                    Defendants.

NO. 3:17-cv-05973-BHS

STIPULATED ORDER OF DISMISSAL

Noted on Motion Docket: 9/28/18

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the complaint in the above-entitled matter has been fully settled and compromised between Plaintiff Calvin Harris and Defendants Pierce County, Seth Huber, and Chris Olsen and may be dismissed with prejudice, with each party to bear their own costs and attorney fees.

DATED this 28 day of September, 2018.

MARK LINDQUIST
Prosecuting Attorney

ALICIA M. BURTON, WSBA # 29285
Pierce County Deputy Prosecutor / Civil
955 Tacoma Avenue South, Suite 301
Tacoma, WA 98402-2160
Ph: 253-798-3612 / Fax: 253-798-6713
E-mail: alicia.burton@piercecountywa.gov

BILLIE R. MORELLI, PLLC

BILLIE R. MORELLI, WSBA #36105
Attorney for Plaintiff
9805 Sauk Connection Road
Concrete, WA 98237
Ph: 360-853-8368
Email: billie@lawyerforthelittleguy.com

STIPULATED ORDER OF DISMISSAL - 1
Harris_Calvin Stip Ord Dismissal.docx
USDC WAWD No. 3:17-cv-05973-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

# ORDER

THIS MATTER coming on to be heard before the undersigned Judge of the above-entitled Court based upon the stipulation of the Plaintiff and Defendants for dismissal, and the Court being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Plaintiff Calvin Harris's complaint against Defendants Pierce County, Seth Huber, and Chris Olsen be, and the same is hereby dismissed with prejudice, with each party to bear their own costs and attorney fees.

DONE IN OPEN COURT this ____1____ day of _____, 2018.

BENJAMIN H. SETTLE
U.S. District Judge

Presented by:

Approved for Filing:
Notice of Presentation Waived:

MARK LINDQUIST
Prosecuting Attorney

BILLIE R. MORELLI, PLLC

ALICIA M. BURTON, WSBA # 29285
Pierce County Deputy Prosecutor / Civil
955 Tacoma Avenue South, Suite 301
Tacoma, WA 98402-2160
Ph: 253-798-3612 / Fax: 253-798-6713
E-mail: alicia.burton@piercecountywa.gov

BILLIE R. MORELLI, WSBA #36105
Attorney for Plaintiff
9805 Sauk Connection Road
Concrete, WA 98237
Ph: 360-853-8368
Email: billie@lawyerforthelittleguy.com

STIPULATED ORDER OF DISMISSAL - 2
Harris_Calvin Stip Ord Dismissal.docx
USDC WAWD No. 3:17-cv-05973-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

# CERTIFICATE OF SERVICE

On _September 28_, 2018, I hereby certify that I electronically filed the foregoing STIPULATED ORDER OF DISMISSAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Billie Renee Morelli:** billie@lawyerforthelittleguy.com, billie@billiermorelli.com

*Christina Smith*

CHRISTINA SMITH
Legal Assistant
Pierce County Prosecutor's Office
Civil Division, Suite 301
955 Tacoma Avenue South
Tacoma, WA 98402-2160
Ph: 253-798-7732 / Fax: 253-798-6713